**Defendants' Rule 56.1(a)(3) Statement Exhibit Index**

A.  Plaintiff's Amended Complaint at Law

B.  Deposition of Plaintiff Michael Lopez

C.  Deposition of Melanie Lopez

D.  Deposition of Steven Fouts

E.  Deposition of Defendant Officer Vito Ricciardi

F.  Deposition of Defendant Officer Benito Lugo

G.  Affidavit of Ian Cooper

H.  Certified Statement of Conviction/Disposition

I.  Transcript of Criminal Proceedings in People v. Michael Lopez