# EXHIBIT H

```
             IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS           Page 001

          PEOPLE OF THE STATE OF ILLINOIS

                              VS              NUMBER 08118875701

          MICHEAL    L LOPEZ

                  CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

     I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
  and keeper of the records and seal thereof do hereby certify that the
  electronic records of the Circuit Court of Cook County show that:

  The States Attorney of Cook County/Local Prosecutor has filed a complaint
  with the Clerk of the Circuit Court.

  Charging the above named defendant with:

       720-5/21-3-A-2                   M B       CRIMINAL TRESPASS TO LAND
       720-5/31-1-A                     M A       RESIST/OBSTRUCT - PEACE O
  The following disposition(s) was/were rendered before the Honorable Judge(s):


  01/24/08 BOND SET BY RULE OF COURT                  03/12/08 1223
  03/12/08 STRICKEN OFF - LEAVE REINSTATE       C001
         FLETCHER KENNETH LEE
  03/12/08 COMPLAINING WIT NOT IN CRT
         FLETCHER KENNETH LEE
  03/12/08 MOTION DEFT - CONTINUANCE - MD            04/17/08 1223
         FLETCHER KENNETH LEE
  04/17/08 JURY DEMAND BY DEFENDANT                  04/24/08 6146
         FLETCHER KENNETH LEE
  04/24/08 CONTINUANCE BY AGREEMENT                  04/25/08 6146
         KURIAKOS-CIESIL MARIA
  04/25/08 CONTINUANCE BY AGREEMENT                  07/09/08 6146
         KURIAKOS-CIESIL MARIA
  04/25/08 WITNESSES ORDERED TO APPEAR
         KURIAKOS-CIESIL MARIA
  07/09/08 WITNESSES ORDERED TO APPEAR
         KURIAKOS-CIESIL MARIA
  07/09/08 CONTINUANCE BY AGREEMENT                  09/04/08 6146
         KURIAKOS-CIESIL MARIA
  09/04/08 COMPLAINING WIT NOT IN CRT
         KURIAKOS-CIESIL MARIA
  09/04/08 STRICKEN OFF - LEAVE REINSTATE       C002
         KURIAKOS-CIESIL MARIA
  09/04/08 DEF DEMAND FOR TRIAL
         KURIAKOS-CIESIL MARIA
```

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS        Page 002

PEOPLE OF THE STATE OF ILLINOIS

                VS            NUMBER 08118875701

MICHEAL    L LOPEZ

### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County/Local Prosecutor has filed a complaint with the Clerk of the Circuit Court.

I hereby certify that the foregoing has been entered of record on the above captioned case.
Date 11/15/10

_____
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT OF COOK COUNTY